UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Devin Alan Rhoden
8:24-mj-1029-JSS

| **Date**: January 9, 2024 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:36 PM–2:43 PM | Total: 7 minutes | **Deputy Clerk**: Sarah Toombs |
| **Government Counsel** | **Defense Counsel** |
| Carlton Gammons, AUSA | Adam Allen, AFPD |

### Initial Appearance

Defendant present and provided a copy of the Complaint.

Arrest Date: 1/9/2024

Oral motion for appointment of counsel by Defendant. Financial affidavit submitted for approval. Court finds that Defendant qualifies for appointment of counsel. AFPD appointed for all further proceedings.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Preliminary hearing waived.

Government does not seek detention.

Defendant moves for pretrial release.

Signature Bond of $20,000, with co-signer of wife, Katheryn Rhoden.

Court sets the following conditions of release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida; reside at current address and cannot change address without PTS approval; cannot commit another crime; report to PTS as directed; no contact with co-defendant Berman Jerry Nowlin, including any third-party contact; must forfeit passport to PTS by 1/12/24.

Due Process oral order given.

Court is in recess.