# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                        Case No. 8:24-MJ-1029-JSS

**DEVIN ALAN RHODEN**
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, DEVIN ALAN RHODEN, in the above-styled cause.

The Clerk is requested to enter the appearance of ADAM B. ALLEN, Assistant Federal Defender, as counsel for the Defendant.

DATED this 11th day of January 2024.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Assistant Federal Defender
Florida Bar No. 0998184
Office of the Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email:    Adam_Allen@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Carlton Gammons

            */s/ Adam B. Allen*
            Adam B. Allen, Esq.
            Assistant Federal Defender