AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DEVIN ALAN RHODEN | ) Case No. 8:24-mj-1029-JSS |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

JAN 12 2024 PM 2:05
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEVIN ALAN RHODEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h)
False Statement to a Federal Agency, in violation of 18 U.S.C. § 1001

Date: 1/8/2024

*Issuing officer's signature*

City and state: Tampa, Florida

JULIE S. SNEED, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Jan 8 2024, and the person was arrested on *(date)* Jan 9 2024
at *(city and state)* Tampa, FL.

Date: Jan 9 2024

*Arresting officer's signature*

Ryan Kitchens - Special Agent
*Printed name and title*